# EXHIBIT "A"

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

2026 FEB 23 P 3: 06

CLERK OF JUDICIAL

PENNSYLVANIA COURT OF COMMON PLEAS DIVISION

LACKAWANNA COUNTY

FRANK TUFANO,

        Plaintiff,

vs.

BASED BODYWORKS LLC

BASED BODYWORKS, INC.

BYTEDANCE, INC.

TIKTOK (TIKTOK INC.)

INSTAGRAM, LLC

        Defendant

Case No. 26CV1160

SUMMONS

TO THE ABOVE NAMED DEFENDANT(s) YOU ARE HEREBY SUMMONED to answer the Complaint in this action and to serve a copy of your answer, or if the Complaint is not served with this Summons, to serve a notice of appearance, on the Plaintiffs' Attorneys within twenty (20) days after the service of this Summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this Summons is not personally delivered to you within the State of Pennsylvania); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: Monday, February 23, 2026

By:      /s/ Frank Tufano

Frank Tufano

Defendant's Address:
Instagram LLC.
1 Meat WAY
Menlo Park, CA 94025

SUMMONS - 4

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

Lackawanna _____ **County**

| For Prothonotary Use Only: |
|---|
| Docket No: 26CV1160 2026 FEB 13 P 3:06 |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☒ Complaint
- ☐ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

| Lead Plaintiff's Name: Frank Tufano | Lead Defendant's Name: Based Bodyworks |
|---|---|

**Are money damages requested?** ☒ Yes  ☐ No

Dollar Amount Requested: (check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: _____

☒ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☒ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- _____
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

*Updated 1/1/2011*

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

LAUREN M. MILLER
Y
2025 FEB 23 P 3: 06
CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

## PENNSYLVANIA COURT OF COMMON PLEAS

## LACKAWANNA COUNTY

| | |
|---|---|
| FRANK TUFANO | Case No.: 2UCV11U0 |
| Plaintiff, | |
| vs. | VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL |
| BASED BODYWORKS LLC | |
| BASED BODYWORKS, INC. | |
| BYTEDANCE, INC. | |
| TIKTOK (TIKTOK INC.) | |
| INSTAGRAM, LLC | |
| Defendants | |

1. The cosmetic company "Based Bodyworks," has established an unfair monopoly on the self care market, especially through TikTok marketing.

2. Once a company becomes a certain size with large amounts of business capital, it becomes impossible for others to compete.

3. Based Bodyworks has price gouged their customers, which has only been a feasible business model because of their monopolization of the social media market. Their price point is at least triple most comparable products which does not make sense if a fair capitalist market was available.

4. The only reason Based Bodyworks has been able to profit immensely with their overpriced products is because of the collusion of various social media platforms

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 1

promoting them. (Shoving Based Bodyworks down the throat of every single viewer on their platform)

5. The primary known platform responsible for this is TikTok, owned by Bytedance, although massive amounts of monopolized marketing has also occurred on Instagram.

## JURY TRIAL DEMANDED

6. The 7th Amendment to the U.S. Constitution guarantees the right to a jury trial in federal civil cases where the value in controversy exceeds $20.

7. Frank Tufano requests all case decisions pertaining this matter be decided by a jury of his peers.

## JURISDICTION

8. Except where exclusive original jurisdiction of an action or proceeding is by statute or by general rule adopted pursuant to section 503 (relating to reassignment of matters) vested in another court of this Commonwealth, the courts of common pleas shall have unlimited original jurisdiction of all actions and proceedings, including all actions and proceedings heretofore cognizable by law or usage in the courts of common pleas.

9. Frank Tufano's operates his own cosmetic business in Lackawanna County, PA.

10. The known contact for Based Bodyworks LLC is 1327 MIDDLETON CT. LOS ALTOS, CA 94024

11. Bytedance Inc. is registered in Delaware at the principle address in California at 1199 Coleman AVE, San Jose, CA 94110.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 2

12. The known contact for TikTok, Inc. is advertise on their website contact page as 5800 Bristol Parkway, Culver City, CA 90230.

13. The principle and mailing address for Instagram, LLC is 1 META WAY MENLO PARK, CA 94025

## FIRST CLAIM FOR RELIEF
## TITLE 42 CHAPTER 83 SECTION 43 DEFAMATION OF CHARACTER

14. In an action for defamation, the plaintiff has the burden of proving, when the issue is properly raised:

A.  The defamatory character of the communication.

B.  Its publication by the defendant.

C.  Its application to the plaintif

D.  The understanding by the recipient of its defamatory meaning.

E.  The understanding by the recipient of it as intended to be applied to the plaintiff.

F.  Special harm resulting to the plaintiff from its publication.

G.  Abuse of a conditionally privileged occasion.

15. Based Bodyworks has fraudulently elevated the assumption of quality of their product, leading consumers to believe that any other cosmetic is inferior, when the opposite is the truth.

16. Most of Based Bodyworks products do not contain organic ingredients, nor are they free of chemicals, which are the two main determining quality and health factors of a cosmetic product.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 3

17. This combination of fraudulent marketing and use of generic formulas has given them an unfair advantage, slandering all other businesses.

## SECOND CLAIM FOR RELIEF
## TITLE VII, CIVIL RIGHTS ACT OF 1964

18. The law forbids sexual orientation and gender identity discrimination when it comes to any aspect of employment, including hiring, firing, pay, job assignments, promotions, layoff, training, fringe benefits, and any other term or condition of employment.

19. Social media platforms offer monetization to creators once they reach a certain viewership. By discriminating against smaller creators with monopolized marketing, these smaller creators are never able to achieve monetization, therefore employment with these entities.

20. The primary factor is that these entities are owned by "The Elite," AKA Secret Society Members, such as the Illuminati and Freemasonry. The owners of Based Bodyworks belong to these groups, and collude with each other to profit at the expense of small businesses.

21. Small business owners who do not have these business connections are left out, and are being discriminated against for not holding beliefs to belong to these secret groups and organizations.

## SECOND CLAIM FOR RELIEF
## The Sherman Antitrust Act

22. Under the Sherman Act, agreements among competitors to fix prices or wages, rig bids, or allocate customers, workers, or markets, are criminal violations.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 4

Other agreements such as exclusive contracts that reduce competition may also violate the Sherman Antitrust Act and are subject to civil enforcement.

23. Social media platforms TikTok and Instagram have allocated customers to Based Bodyworks by an extreme margin, causing irreparable damage to legitimate businesses.

## THIRD CLAIM FOR RELIEF
### Refusal to Deal

24. In general, any business — even a monopolist — may choose its business partners. However, under certain circumstances, there may be limits on this freedom for a firm with market power. As courts attempt to define those limited situations when a firm with market power may violate antitrust law by refusing to do business with other firms, the focus is on how the refusal to deal helps the monopolist maintain its monopoly, or allows the monopolist to use its monopoly in one market to attempt to monopolize another market

25. TikTok and Instagram have refused to do fair business with other small businesses by favoring Based Bodyworks.

## FOURTH CLAIM FOR RELIEF
### The Federal Trade Commission Act

26. bans "unfair methods of competition" and "unfair or deceptive acts or practices." The Supreme Court has said that all violations of the Sherman Act also violate the FTC Act. Thus, although the FTC does not technically enforce the Sherman Act, it can bring cases under the FTC Act against the same kinds of activities that violate the Sherman Act.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 5

27. TikTok and Insagram have created the illusion that they are a fair social media platform with an organic user base and genuine business competition.

28. In reality the algorithm is very controlled and only select individuals are allowed to post to the unsuspecting viewer base, in this case Based Bodyworks receiving lucrative monetary benefits due to this control.

## FIFTH CLAIM FOR RELIEF
### Monopoly Power

29. Both TikTok and Instagram are the most viewed platforms for their respective media sources, with no other social media platforms being close in comparison.

30. The unmatched popularity of each individual platform give both TikTok and Instagram a clear monopoly on this type of social media interaction.

31. Therefore TikTok and Instagram should face outside or Federal Regulation in conducting fair business and market practices, specifically in preventing it becoming a platform solely for larger corporations and paid influencers to take the entire market share.

## SIXTH CLAIM FOR RELIEF
### TORTIOUS INTERFERENCE

32. Tortious interference, also known as intentional interference with contractual relations, is a legal principle that protects business relationships by holding a party liable for damages when they intentionally interfere with a valid contract or business relationship between others, causing harm. Frank Tufano requests all case decisions pertaining this matter be decided by a jury of his peers.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 6

33. Tortious interference arises when a party's intentional actions disrupt a legally binding agreement or a promising business relationship, resulting in harm to another party:

A. This involves interfering with a potential business relationship, even if no contract exists.

B. Intentional interference: The defendant's actions must be intentionally designed to disrupt the contract or relationship.

34. Frank Tufano has been repeatedly banned from the TikTok platform for speaking the truth and exposing what the platform has done to him, which has caused irreparable harm to his personal reputation and business.

## SEVENTH CLAIM FOR RELIEF
## CIVIL CONSPIRACY

35. A civil conspiracy occurs when two or more people agree to do something unlawful that harms a third party, and then one of those people takes action to carry out the plan. The unlawful act can deprive another of a lawful right, deceive them, or accomplish an illegal end. When that occurs, a civil conspiracy claim generally allows an injured party to recover jointly and severally from a tortfeasor's co-conspirators, regardless of which one directly perpetrated the harm. Court Opinions.

36. Due to the patterns of favoritism in favor of Based Bodyworks, Frank Tufano believes that all defendant parties are attempting to manipulate the market to promote Based Bodyworks over other small businesses, therefore benefiting themselves monetarily, unfairly at the expense of Frank Tufano and other legitimate businesses.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 7

## REQUEST FOR TEMPORARY RESTRAINING ORDER

37. Frank Tufano hereby requests a TEMPORARY RESTRAINING ORDER to be issued against ALL DEFENDANTS, preventing them from banning or prohibiting Frank Tufano's social media posts.

## PRAYER FOR RELIEF

38. WHEREFORE, by reason of the acts and circumstances alleged herein, Frank Tufano seeks relief from this Court as follows:

    a.   Judgement on each of the claims set forth above against all Defendants.

    b.   The income of based bodyworks is estimated to be at minimum dozens of millions of dollars.

    c.   Frank Tufano to be compensated $3.3 Million Dollars for the loss of revenue of his own cosmetic store if it had been promoted in similar fashion to Based Bodyworks.

Dated: Monday, February 23, 2026

By:        /s/ Frank Tufano

Frank Tufano

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 8