**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| FRANK TUFANO,<br><br>             Plaintiff,<br><br>       v.<br><br>BASED BODYWORKS, LLC, BASED BODYWORKS, INC., BYTEDANCE, INC., TIKTOK (TIKTOK INC.), and INSTAGRAM, LLC,<br><br>             Defendants. | Case No. 3:26-cv-00835<br><br>MAGISTRATE JUDGE CAMONI<br><br>ELECTRONICALLY FILED |

**DEFENDANT META PLATFORMS, INC.'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Defendant Meta Platforms, Inc.,[1] by and through its undersigned counsel, hereby moves to dismiss the Complaint filed by Plaintiff Frank Tufano in its entirety.  The grounds supporting this Motion will be set forth in Meta's memorandum of law which will be filed within fourteen (14) days pursuant to Rule 7.5 of the Local Rules of Court.

---

[1]  Plaintiff's Complaint incorrectly names "Instagram, LLC" as a defendant. Meta Platforms, Inc. owns and operates the online service Instagram.

Dated:  April 8, 2026

Respectfully submitted,

/s/ Richard L. Armezzani

Daniel T. Brier
Richard L. Armezzani
MYERS, BRIER & KELLY LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
rarmezzani@mbklaw.com

*Counsel for Defendant*
*Meta Platforms, Inc.*

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

I, Richard L. Armezzani, hereby certify that concurrence was sought from Plaintiff Frank Tufano in this Motion.  Mr. Tufano does not concur in the relief sought by this Motion.

Date: April 8, 2026                      <u>/s/ Richard L. Armezzani</u>
                                          Richard L. Armezzani

**CERTIFICATE OF SERVICE**

I, Richard L. Armezzani, hereby certify that a true and correct copy of the foregoing Motion To Dismiss was served upon following parties via first-class mail, postage prepaid, on this 1st day of April 2026:

Frank Tufano
25 Dundaff St.
Carbondale, PA 18407

Based Bodyworks LLC
1327 Middleton Ct.
Los Altos, CA 94024

Based Bodyworks Inc.
1327 Middleton Ct.
Los Altos, CA 94024

Bytedance Inc.
1199 Coleman Ave.
San Jose, CA 94110

TikTok, Inc.
5800 Bristol Parkway
Suite 100
Culver City, CA 90230

/s/ Richard L. Armezzani
Richard L. Armezzani