## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO,

      Plaintiff,

    v.

BASED BODYWORKS, LLC, BASED
BODYWORKS, INC., BYTEDANCE,
INC., TIKTOK (TIKTOK INC.), and
INSTAGRAM, LLC,

      Defendants.

Case No. 3:26-cv-00835

MAGISTRATE JUDGE
CAMONI

ELECTRONICALLY FILED

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2026, upon consideration of Meta Platforms, Inc.'s Motion To Dismiss, IT IS HEREBY ORDERED that:

1.    The Motion is GRANTED;

2.    Plaintiff's Complaint is DISMISSED against Meta Platforms, Inc.;

    and

3.    The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

_____

Sean A. Camoni
United States Magistrate Judge