## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO,                      :        NO. 3:26-CV-00835
          Plaintiff       :
                           :
    v.                           :
                           :        (CAMONI, M.J.)
                           :
BASED BODYWORKS, LLC, *et          :
al.*                               :
          Defendants.     :

## <u>ORDER</u>

On April 8, 2026, Defendant Instagram, LLC filed a Motion to Dismiss. Doc. 4. On April 22, 2026, a Brief in Support was filed. Doc. 5. This Court's Local Rule 7.6 provides, in relevant part that:

> Any party opposing any motion, other than a motion for summary judgment, shall file a brief in opposition within fourteen (14) days after service of the movant's brief, or, if a brief in support of the motion is not required under these rules, within seven (7) days after service of the motion. Any party who fails to comply with this rule shall be deemed not to oppose such motion.

A response to Defendant's Motion to Dismiss was due on or before May 6, 2026. To date, Plaintiff Frank Tufano has not filed a response as required by this Court's Local Rule 7.6.

THEREFORE, IT IS HEREBY ORDERED that:

(1)   Plaintiff is directed to file a brief in opposition to Defendant Instagram's Motion to Dismiss, Doc. 4, on or before **May 27, 2026**.

Plaintiff is advised that failure to file a brief in opposition may result in Defendants' Motion being deemed unopposed, or the dismissal of this case for failure to prosecute. See Local Rule 7.6; Fed. R. Civ. P. 41.

(2)   All briefs will conform to the requirements of Local Rule 7.8.

Date:  May 13, 2026                  *s/Sean A. Camoni*
                                     Sean A. Camoni
                                     United States Magistrate Judge