Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO

          Plaintiff,

vs.

BASED BODYWORKS LLC

BASED BODYWORKS, INC.

BYTEDANCE, INC.

TIKTOK (TIKTOK INC.)

INSTAGRAM, LLC

          Defendants

Case No.: 3:26-CV-00835-SAC

OPPOSITION TO MOTION TO DISMISS FILED BY INSTAGRAM LLC (META PLATFORM INC.)

**FILED**
**SCRANTON**

MAY 2 6 2026

PER _____
        DEPUTY CLERK

1. Frank Tufano files this opposition to the motion filed by Meta Platform Inc., requesting that their motion be dismissed, with brief in support.

Dated: Tuesday, May 26, 2026

By: _____ /s/ Frank Tufano

                    Frank Tufano

OPPOSITION TO MOTION TO DISMISS FILED BY INSTAGRAM LLC (META PLATFORM INC.) - 1