Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO

   Plaintiff,

vs.

BASED BODYWORKS LLC

BASED BODYWORKS, INC.

BYTEDANCE, INC.

TIKTOK (TIKTOK INC.)

INSTAGRAM, LLC

   Defendants

Case No.: 3:26-CV-00835-SAC


BRIEF IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FILED BY INSTAGRAM LLC (META PLATFORM INC.)

1. Defendant claims that Plaintiffs allegations are non-conclusory, however if that was required then it would be impossible to file most lawsuits as extensive discovery is required in most, if not all, conspiracy occurrences.

2. Frank Tufano may not have made it clear that the actions committed by Based Bodyworks have occurred on all of the alleged social media platforms. If the complaint is not filed up to the minimal standards of a Pro Se Litigant then he would request the court allow him leave to amend the complaint.

3. All of Frank Tufanos claims are factual to his knowledge, and were observed by him personally, and it could also be argued that any outside individual can make these same assertions with minimal understanding of the cosmetics market and

BRIEF IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FILED BY INSTAGRAM LLC (META PLATFORM INC.) - 1

social media advertising. The court should allow pre complaint discovery for this amended action if these claims are not adequate.

4. Frank Tufano believes that the defendant understands the claims that have been made from his complaint, which should be considered adequate by the court for a Pro Se litigant - The defendants conspired to price gouge customers by manipulating the algorithm on their social media platforms.

5. Frank Tufano was not aware that Meta Platform Inc. owns Instagram LLC, even upon using a search engine to find their legal service address, but can amend the complaint to include Meta Platform Inc. as a new defendant in this matter. It would be reasonable to assume that all allegations against Instagram LLC are directed at the company responsible for their actions.

6. The claims for defamation and tortious interference apply to any platform that advertised the Based Bodyworks products on them – which Frank Tufano believes was reasonably stated in his complaint.

7. Frank Tufanos argument based on the Civil Rights act is that the "Elite," or wealthy corporations believe they are superior to everyone else, and that legitimate Small Businesses should be seen as a protected class that is being discriminated against by these individuals.

8. Defendant states that claims made under the Sherman Act are inadequate but this is not reasonable pre-discovery. The social media platforms would have to openly incriminate themselves in a public venue, which has never occurred to Frank Tufano's knowledge.

BRIEF IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FILED BY INSTAGRAM LLC (META PLATFORM INC.) - 2

9. The FTC has never, and will never, protect the interests of actual small businesses, and Frank Tufano is stating this claim so that the court is aware of these violations in addition to the other civil wrongdoings, to add credibility to his claim.

10. To dispute the civil conspiracy claim defendant is trying to make the same argument as before, Frank Tufano is not psychic and would require discovery to prove the secretive actions committed by these parties. He can only observe from the results of this conspiracy what had to have occurred prior in order for it to be successful.

11. Defendants main argument for all of the claims is that they are not factually detailed enough. Regardless, as a pro se litigant Frank Tufano has the right to present his current evidence to a jury of his peers, where they can determine if the allegations are enough pre-discovery or if pre-trial discovery is necessary to amend the complaint.

Dated: Tuesday, May 26, 2026

By:        /s/ Frank Tufano

Frank Tufano

BRIEF IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FILED BY INSTAGRAM LLC (META PLATFORM INC.) - 3