Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO

     Plaintiff,

vs.

BASED BODYWORKS LLC

BASED BODYWORKS, INC.

BYTEDANCE, INC.

TIKTOK (TIKTOK INC.)

INSTAGRAM, LLC

     Defendants

Case No.: 3:25-CV-00835-SAC

OPPOSITION TO META PLATFORM INC.'S (TIKTOK) MOTION TO DISMISS.

1.  Frank Tufano files this motion in response to the motion to dismiss filed by defendant Meta Platform Inc. on June 9, 2026, requesting it be dismissed, with brief in support.

Dated: Tuesday, June 16, 2026

By:     /s/ Frank Tufano

           Frank Tufano

FILED
SCRANTON

JUN 16 2026

PER _____ DEPUTY CLERK

OPPOSITION TO META PLATFORM INC.'S (TIKTOK) MOTION TO DISMISS. - 1

## BRIEF IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

1. Defendant Meta Platform's Inc., the operating entity of TikTok, has conspired with Based Bodyworks to manipulate online social media and provide unfair grossly inflated marketing "shoved in the face" of everyone using their platform, basically the majority of the Untied States.

2. Meta Platform's Inc. has used their online TikTok platform to falsely inflate the reputation of Based Bodyworks to sell price gouged items to unknowing customers at the expense of other natural product companies.

3. If it is not clear enough by Pro Se standards, Frank Tufano may request leave to amend the complaint, but Frank Tufano believes it is fairly obvious to any outside parties of the role and wrongdoing committed by defendant.

4. Because of the clear involvement of defendants in this "marketing" scheme Frank Tufano requests the court deny the motion to dismiss.

Dated: Tuesday, June 16, 2026

By:      /s/ Frank Tufano

Frank Tufano

OPPOSITION TO META PLATFORM INC.'S (TIKTOK) MOTION TO DISMISS. - 2